UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-CR-20852-ASG

UNITED STATES OF AMERICA

v.

KHALED T. SAFADI,

Defendant.

_____/

STIPULATED FACTUAL BASIS

The undersigned parties hereby stipulate and agree that had this matter proceeded to trial, the United States would have established the following beyond a reasonable doubt:

Defendant Safadi owns and operates defendant Cedar Distributors, Inc., an electronics distributor located in Miami, Florida. Among other items, defendant Safadi and his company, Cedar, export electronics to what is known as the "tri-border area," specifically, Ciudad del Este, Paraguay. Safadi was in this business at the time of the dates set forth in the indictment, January 2007 to date.

Safadi, through Cedar Distributors, did business with several companies in Ciudad del Este including one which is the subject of this indictment, Jomana Import Export. Jomana is located in the Galeria Page Shopping Center in Ciudad del Este and is owned by co-defendant Samer Mehdi. Defendant Safadi uses different freight forwarders to export to Ciudad del Este, including defendant Gonzalez and his company, defendant Jumbo Cargo.

During the course and scope of the conspiracy, defendant Safadi acting on his own and as owner of defendant Cedar Distributors entered into an agreement, with others known and unknown, to fraudulently export or send merchandise from the United States contrary to law by knowingly failing to file or knowingly submitting false or misleading export information on a Shippers Export Declaration or any successor document related to the export of goods destined for Jomana Import Export, in violation of Title 18 U.S.C. 554 and Title 13 U.S.C. 305, all in violation of Title 18 U.S.C. 371.

On or about January 9, 2008, co-defendant Mehdi placed an order for 400 Sony Playstation 2 gaming consoles, worth approximately $49,600, with an employee of defendant Cedar Distributors. On January 9, 2008, defendant Mehdi caused the wire transfer of $49,600 to Cedar Distributors to pay for the 400 Play Station 2 gaming consoles.

On January 10, 2008, Cedar created invoice #107121 for the 400 Sony Playstation 2 gaming consoles. The invoice listed a unit price of $124 and a total value of $49,600. The invoice falsely listed the "Bill To" as "Dally Center S.R.L.(Jo), shopping vendome, Ciudad del Este, Paraguay." The true party to be billed was Samer Mehdi and/or Jomana Import Export. This false information was placed on the invoice by an employee of defendant Cedar Distributors, in the course and scope of his employment and pursuant to an agreement with Mehdi.

Cedar Distributors then caused the 400 Play Station 2s to be transported to defendant Jumbo Cargo, along with the above-described false invoice.

Defendant Safadi returned to Miami from a business trip and learned that his employee had falsely listed the "Bill To" party on the Playstation 2 invoice pursuant to an illegal agreement with defendant Mehdi. Defendant Safadi knew that this invoice had been sent to Jumbo Cargo along with the Playstation 2s and that Jumbo Cargo would use that invoice as a successor document to the Shipper's Export Declaration (SED). The invoice contained false information and Safadi sanctioned the shipment of Playstation 2s, knowing and intending that the Playstation 2s would be exported pursuant to this false invoice and in furtherance of the illegal agreement.

On January 14, 2008, United States Customs and Border Protection officers selected the corresponding airway bill, #404-20362285, for a border examination. The officers identified certain discrepancies in the shipping documents and the cargo was seized. The total value of the merchandise along with the shipping fees is $65,260.

On February 18, 2010, defendants Safadi, Talavera and Gonzalez-Neira were arrested.

So Stipulated.


_____
MICHAEL R. TEIN, ESQ.
Counsel for Defendant SAFADI


_____
KHALED T. SAFADI
Defendant

WIFREDO A. FERRER
UNITED STATES ATTORNEY


_____
ALLYSON FRITZ
Assistant United States Attorney


_____
JARED E. DWYER
Assistant United States Attorney